CATHERINE S. MEULEMANS (CA Bar No. 146276)
cmeulemans@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
235 Pine Street, Suite 1200
San Francisco, CA 94104
Tel:  (415) 624-8665
Fax:  (415) 391-1751

W. MICHAEL HENSLEY (CA Bar No. 90437)
mhensley@AlvaradoSmith.com
JONATHAN M. WERNER (SBN: 220011)
jwerner@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

RONALD L. HOLT (SBN: 30160)
rholt@dunndavison.com
KIRSTEN L. CLEVENGER (SBN: 66607)
kclevenger@dunndavison.com
DUNN & DAVISON, LLC
1100 Walnut Street, Suite 2900
Kansas City, MO 64106
Tel: (816) 292-7600
Fax: (816) 292-7601
*Pro hac vice motions pending*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HESTIA EDUCATION GROUP, LLC, DBA BLUSH SCHOOL OF MAKEUP, a California limited liability company and MANHAL MANSOUR, an individual domiciled in California,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ARNE DUNCAN, Secretary of the United States Department of Education, in his official capacity,<br><br>　　　　　Defendants. | **CASE NO.:** 4:15-cv-01463-DMR<br><br>**JUDGE:**   Donna M. Ryu<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>**ACTION FILED:**       March 31, 2015 |

**1**

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: May 4, 2015

ALVARADOSMITH
A Professional Corporation

By: */s/ Catherine S. Meulemans*
 CATHERINE S. MEULEMANS
 W. MICHAEL HENSLEY
 Attorneys for Plaintiffs
 HESTIA EDUCATION GROUP, LLC,
 DBA BLUSH SCHOOL OF MAKEUP
 and MANHAL MANSOUR