1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  MELANIE L. PROCTOR (CSBN 228971)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6730
7       FAX: (415) 436-7169
        Melanie.Proctor@usdoj.gov
8
   Attorneys for Defendant[1]
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13 | HESTIA EDUCATION GROUP, LLC dba ) C 15-1463 DMR
   | BLUSH SCHOOL OF MAKEUP, et al.,  )
                                     ) CONSENT TO UNITED STATES MAGISTRATE
14 |        Plaintiffs,                ) JURISDICTION
                                     )
15 |   v.                             )
                                     )
16 | ARNE DUNCAN, Secretary of the United )
   | States Department of Education,  )
17 |                                   )
   |        Defendant.                 )
18 |                                   )

19

20     In accordance with the provisions of 28 U.S.C. § 636(c), Defendant Arne Duncan, Secretary of

21 the United States Department of Education, hereby consents to have a United States magistrate judge

22 conduct all further proceedings in this case, including trial and entry of final judgment. The parties

23 understand that appeal from the judgment shall be taken directly to the United States Court of Appeals

24 for the Ninth Circuit.

25

26

27
   ─────────────────────
28     [1] Defendant enters his appearance here for the limited purpose of this consent, and reserves the
   right to raise all applicable defenses in his answer to the complaint.
   CONSENT
   C 15-1463 DMR                          1

| | | |
|---|---|---|
| 1 | DATED: June 16, 2015 | Respectfully submitted, |
| 2 | | MELINDA HAAG<br>United States Attorney |
| 3 | | |
| 4 | | /s/Melanie L. Proctor<br>MELANIE L. PROCTOR<br>Assistant United States Attorney |
| 5 | | |
| 6 | | Attorneys for the Secretary of Education |

CONSENT
C 15-1463 DMR                    2