UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HESTIA EDUCATION GROUP, LLC, et al.,

    Plaintiffs,

  v.

ARNE DUNCAN,

    Defendant.

Case No. 15-cv-01463-DMR

**ORDER REQUESTING SUPPLEMENTAL SUBMISSION**

Re: Dkt. No. 32-3

Defendant filed the declaration of Martina Fernandez-Rosario [Docket No. 32-3] with his opposition to Plaintiffs' motion for discovery. Paragraph 9 of the Fernandez-Rosario declaration states: "[a] review of the history of Elite, Plaintiff Mansour, and his wife's complicity in the Elite scheme overwhelmed that initial inclination."

By **January 15, 2016 at noon**, Defendant shall file a supplemental submission with any citations to the administrative record that he believes show his consideration of Mansour's "wife's complicity in the Elite scheme" in his decision to deny Blush's application. The submission shall only contain the specific record citations and shall not contain any legal argument.

The court will review the materials and request a response from the Plaintiffs if appropriate.

**IT IS SO ORDERED.**

Dated: January 11, 2016

_____
Donna M. Ryu
United States Magistrate Judge