Ronald L. Holt (pro hac vice)
E-Mail: rholt@dfrglaw.com
Kirsten L. Clevenger (*pro hac vice*)
E-Mail: kclevenger@dfrglaw.com
Douthit Frets Rouse Gentile & Rhodes, LLC
1100 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Telephone:   (816) 292-7600
Facsimile:    (816) 292-7601

James M. Lord (*pro hac vice*)
E-Mail: jlord@inmanflynn.com
Inman Flynn Law Firm
1660 Lincoln Street, Suite 1700
Denver, CO 80264
Telephone:   (303) 861-5300

David W. Fermino (SBN 154131)
E-Mail: dfermino@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:   (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| HESTIA EDUCATION GROUP, LLC DBA BLUSH SCHOOL OF MAKEUP, a California limited liability company, and MANHAL MANSOUR, an individual domiciled in California,<br><br>            Plaintiff,<br><br>     v.<br><br>JOHN KING, Secretary for the UNITED STATES DEPARTMENT OF EDUCATION, in his official capacity,<br><br>            Defendant. | Case No. 15-cv-01463-DMR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE AND CORRECTLY FILE SENSITIVE DOCUMENTS<br><br>Date:   December 22, 2016<br>Time:  11:00 a.m.<br>Ctrm.:  4, 3rd Floor<br>Judge:  Honorable Donna E. Ryu |

1  Plaintiffs Hestia Education Group LLC, dba Blush School of Makeup, and Manhal
2 Mansour hereby submit the following proposed order:
3  After due consideration of Plaintiffs' Motion to Remove and Correctly File Sensitive
4 Documents, the Court concludes that good cause exists for the relief requested in the motion.
5  **IT IS THEREFORE ORDERED** that Plaintiffs' request for a Motion to Remove and
6 Correctly File Sensitive Documents is GRANTED and Docket Nos. 87-10 and 87-11 shall be
7 permanently ~~deleted from~~ locked on the docket.

Dated: November 2, 2016

_____
HONORABLE DONNA M. RYU
U.S. District Magistrate Judge

**IT IS SO ORDERED**

9313-2\3063692v1